UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL CHINIGO,

                                Plaintiff,        **NOTICE OF APPEARANCE**

         -against-                        16 CV 6026 (VEC)

THE CITY OF NEW YORK; POLICE OFFICER
CHRISTOPHER FUSCHETTO Shield 11671, JOHN DOE
1-4, and JANE DOE, the names being fictitious and
currently unknown, employees of the New York City
Police Department,

                              Defendants.
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Shlomit Aroubas**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York in this action, and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:      New York, New York
              August 30, 2016

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel
                                                      of the City of New York
                                                 *Attorney for the City of New York*
                                                 100 Church Street, Rm. 3-235
                                                 New York, New York 10007
                                                 (212) 356-2655
                                                 saroubas@law.nyc.gov

                                                 By:          /s/
                                                         _____
                                                 SHLOMIT AROUBAS
                                                 Senior Counsel
                                                 Special Federal Litigation Division

cc: Wylie M. Stecklow, Esq., *Attorney for Plaintiff* (by E.C.F.)

Docket No.  16 CV 6026 (VEC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CHINIGO,

            Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER CHRISTOPHER FUSCHETTO Shield 11671, JOHN DOE 1-4, and JANE DOE, the names being fictitious and currently unknown, employees of the New York City Police Department,

            Defendants.

**NOTICE OF APPEARANCE**

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for the City of New York*
100 Church Street
New York, New York 10007

Of Counsel:  Shlomit Aroubas
Tel:  (212) 356-2655

*Due and timely service is hereby admitted.*

*New York, New York. ............................................, 2016*

*................................................................................. Esq.*

*Attorney for.......................................................................*