# WYLIE M. STECKLOW

WWW.LAWYERSFORTHERESTOFUS.COM

## STECKLOW & THOMPSON

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(212) 202-4952
WYLIE@SCTLAW.COM

July 28, 2017

Via ECF
Hon. Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:   Matter:   Chinigo v. City of NY
      Docket:    2016CV6026

Dear Honorable Judge:

Please take this notice that the parties have reached a settlement in this matter.

It is respectfully requested that the court conference scheduled for August 4, 2017 be

cancelled.  The parties anticipate submitting settlement paperwork to the court within two

weeks.

Respectfully submitted,
/s/
Wylie M. Stecklow, Esq.