UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL CHINIGO,

                                    Plaintiff,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER
CHRISTOPHER FUSCHETTO, Shield 11671, JOHN DOE 1-4, and JANE DOE, the names being fictitious and currently unknown, employees of the New York City Police Department,

                                  Defendants.
------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2017

**STIPULATION AND ORDER OF DISMISSAL**

16 CV 6026 (VEC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       August 2, 2017

STECKLOW & THOMPSON
*Attorneys for Plaintiff*
217 Centre Street, 6th Floor
New York, New York 10013
(212) 566-8000

By: _____
    Wylie Stecklow

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
  and Fuschetto*
100 Church Street
New York, New York 10007

By: _____
Shira Siskind
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2017